1

2

3

4

5

6

7                                   UNITED STATES DISTRICT COURT

8                                        DISTRICT OF NEVADA

9                                                  * * *

CHARITY O'BRIEN,                          )
10                                        )
                    Plaintiff,            )          2:11-cv-196-JCM-RJJ
11                                        )
vs.                                       )
12                                        )
COLORADO CASUALTY INSURANCE               )          O R D E R
13   COMPANY, etc., et al.,               )
                                          )
14                  Defendant,            )
                                          )
15

16         IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status

17   Report on July 15, 2011.

18         IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain

19   the following:

20         1.      Shall identify the discovery that has been completed;

21         2.      Shall identify the discovery that remains outstanding;

22         3.      Shall identify any pending discovery motions; and,

23         4.      Shall detail all attempts to settle the case.

24         DATED this   5th   day of April, 2011.

25

26                                                  _____
                                                    ROBERT J. JOHNSTON
27                                                  United States Magistrate Judge

28