UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHARITY O'BRIEN, | ) |
| Plaintiff, | ) 2:11-cv-0196-JCM-RJJ |
| vs. | ) |
| COLORADO CASUALTY INSURANCE CO., *et al*., | ) **ORDER** |
| Defendant. | ) |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on August 12, 2011.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this __28th__ day of June, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge